1  HAROLD ROSENTHAL, SBN 68380
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA  94710
3  Tele: (510) 981-1800
   Fax: (510) 981-1821
4
   Attorney for Defendants
5  DAVID JEFFREY

6

7

8
   **THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT**
9
   **OF CALIFORNIA, OAKLAND VENUE**
11

11 THE UNITED STATES OF AMERICA,   ) Case No.: No. 09-0236
                                   )
12                                 )
           Plaintiff,              ) ORDER
13                                 )
       vs.                         )
14                                 )
   DAVID JEFFREY,                  )
15                                 )
           Defendants.             )
16                                 )
                                   )
17

18 TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT AND TO
   JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY, AND CHRISTINE
19 WONG, ASSISTANT UNITED STATES ATTORNEY; AND PRETRIAL SERVICES:

20

21       The parties hereby stipulate that good cause exists to continue the

22
   scheduled March 24m 2009 status hearing until March 31, 2009 due to the unavailability
23
   of counsel who must attend to a capital case commitment previously scheduled by out of
24
25 state co counsel prior to the setting of this appearance,

26
         To the extent that it is required that time be excluded, the parties further agree that
27
28 time is excludable under 18 USC § 3161(h)(7)(A) and (B) as delay resulting from a

[PROPOSED] ORDER

1

continuance granted by a judge at the request of the defendant and his counsel, based upon her finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The reasons for this finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial results from consideration of factors set forth at 18 USC Section 3161(h)(7)(B)(iv), insofar as the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation for the hearing presently set, taking into account the exercise of due diligence.

It is so stipulated.

Dated: March 27, 2009

_____//_____
CHRISTINE WONG

Attorney for Plaintiff United States of America

It is so stipulated.

Dated: March 27, 2009

_____//_____
HAROLD ROSENTHAL

Attorney for Defendant Houshang Pourmohamad

//

//

//

[PROPOSED] ORDER

2

1  Good cause appearing therefore, it is hereby ORDERED that the continuance detailed
2  above occur.
3
4
5  Dated: 3/30/09                                    _____
                                                     THE HON. SAUNDRA ARMSTRONG
6                                                    JUDGE OF THE U.S. DISTRICT COURT

[PROPOSED] ORDER

3