1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0236 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| v. DAVID JEFFREY, | ) ) ) | AND SENTENCING ON NOVEMBER 10, 2009, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) | |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on November 10, 2009, at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between September 8, 2009 and November 10, 2009 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow for effective preparation and continuity of counsel. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G) and § 3161(h)(7)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on November 10, 2009, at 10:00 a.m., and that time between September 8, 2009 and November 10, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §

STIP. REQ.
No. CR-09-0236 SBA

1  3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
2  the defendant and the attorney for the government, and effective preparation and continuity of
3  counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv).

4

5  DATED:9/3/09

   _____
6  HON. SAUNDRA BROWN ARMSTRONG
   United States District Judge

STIP. REQ.
No. CR-09-0236 SBA