IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0236 SBA |
| Plaintiff, | **ORDER CONTINUING SENTENCING FOR DEFENDANT DAVID JEFFREY** |
| v. | |
| DAVID JEFFREY, | |
| Defendant. | |

Pursuant to the stipulation submitted to the Court on December 8, 2009, the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(iv) the time period from December 8, 2009 to **February 9, 2010 at 10:00 a.m.** shall be excluded under the Speedy Trial Act for effective preparation of counsel. The parties have stated they shall be meeting regarding the number of images that the defendant possessed. Based on this finding,

IT IS HEREBY ORDERED THAT the hearing is continued from December 8, 2009 to **February 9, 2010 at 10:00 a.m.** for change of plea and judgment and sentencing.

IT IS SO ORDERED.

Dated: 12/10/09

SAUNDRA BROWN ARMSTRONG
United States District Judge