JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

FILED
DEC 9 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>     Plaintiff, </br> v. </br> DAVID JEFFREY, </br>     Defendant. | CR No. 09-00236 SBA </br></br> STIPULATION AND [~~PROPOSE~~D] ORDER RE BAIL CONDITIONS |

    The parties have previously submitted an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, and set plea and sentencing for December 10, 2009. However, the Court has requested that the parties to meet and confer regarding the number of child pornography images and attempt to resolve any disputes. The parties will be meeting on December 8, 2009, for that purpose. To allow the defendant time to prepare a sentencing memorandum, assuming an agreement cannot be reached, defense counsel is requesting additional time to prepare for sentencing. The Court's next available sentencing date is February 9, 2009. Defendant has been released on a $100,000 personal recognizance bond, subject to,

PLEA AGREEMENT, CR No. 09-00236 SBA

cc: Stats, Copy to parties via ECF, Pret-Svcs., Usa,
Financial (Odile)

among other conditions, a curfew imposed by Pretrial Services, electronic monitoring, travel restricted to the Northern District of California, computer subject to monitoring by Pretrial Services, and attendance at individual mental health counseling. Given the period of time until the sentencing date, to ensure the continued safety of the community and to mitigate the risk of flight, the Defendant agrees to the following with respect to his bail conditions: with the exception of modifications necessary for the provision of required medical care, Defendant agrees to seek no further modification, however, temporary, of the bond conditions currently imposed, including curfew, electronic monitoring, and travel restrictions.

DATED: December 8, 2009

/s/
CHRISTINE Y. WONG
Assistant United States Attorney
Counsel for United States

/s/
HAROLD ROSENTHAL
Counsel for David Jeffrey

IT IS SO ORDERED.

DATED: 12/9/09

HON. TIMOTHY J. BOMMER
United States Magistrate Judge