**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DAVID JEFFREY,

        Defendant.

No. CR 09-0236 SBA

**ORDER**

Pursuant to the stipulation submitted to the Court on February 5, 2010, the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(iv) the time period from February 9, 2010 to **February 23, 2010 at 10:00 a.m.** shall be excluded under the Speedy Trial Act for effective preparation and continuity of counsel. The parties have stated that defense counsel has been hospitalized for a week and requires time to recover from his illness and prepare for the hearing. Based on this finding, IT IS HEREBY ORDERED THAT the hearing is continued from February 9, 2010 to **February 23, 2010 at 10:00 a.m.** for change of plea and judgment and sentencing.

**IT IS SO ORDERED.**

Dated: 2/9/10

                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge