**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0236 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID JEFFREY, | [Docket Nos. 49, 50] |
| Defendant. | |

Pursuant to the stipulation submitted to the Court on February 22, 2010, and Defendant's Motion to Continue Change of Plea Hearing and Sentencing and to File Partially Under Seal ("Motion"), the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(iv), for effective preparation and continuity of counsel, and 18 U.S.C. Section 3161(h)(7)(A), (1)(A), for a delay resulting from an examination to determine the physical capacity of the Defendant, the time period from February 23, 2010 to **May 4, 2010 at 10:00 a.m.** shall be excluded under the Speedy Trial Act. The parties seek a continuance due to defense counsel's personal illness and the defendant's need to complete a medical test before he is sentenced. The specific medical concerns facing defense counsel and the Defendant are contained in the Declaration of Harold Rosenthal in Support of Defendant Jeffrey's Motion. Based on this finding, IT IS HEREBY ORDERED THAT the hearing is continued from February 22, 2010 to **May 4, 2010 at 10:00 a.m.** for change of plea and judgment and sentencing.

///

///

IT IS HEREBY FURTHER ORDERED THAT the Declaration of Harold Rosenthal in Support of Defendant Jeffrey's Motion that contains Defendant's and defense counsel's medical information shall be filed under seal.

**IT IS SO ORDERED.**

Dated: 2/23/10

SAUNDRA BROWN ARMSTRONG
United States District Judge