HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA  94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
DAVID JEFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID JEFFREY, ) <br> ) <br> Defendants. ) <br> ) | Case No.: No. 09-0236 SBA <br><br> STIPULATION AND <br> ORDER CONTINUING SENTENCING <br> DATE |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT:

   The parties hereby stipulate that good cause exists to continue the date presently set for change of plea and sentencing in the above-captioned matter.  The present date is June 22, 2010 at 10:00 a.m.  However, on that date defense counsel will be engaged in a criminal jury trial of a matter entitled People v. Ivy, Case No. 09SCR05373, a felony prosecution pending in the Glenn County Superior Court, and therefore unavailable to appear before this Court.  Accordingly, the parties agree and stipulate as set forth below.

   Sentencing may be continued until June 30, 2010 at 10:00 a.m.

STIPULATION AND [PROPOSED] ORDER
CONTINUING CHANGE OF PLEA AND                1
SENTENCING

In order to avoid any further continuances, counsel has associated cocounsel, William Osterhoudt, who will be prepared to proceed on the new sentencing date in the event that defense counsel is still engaged in trial and unavailable. Government counsel's agreement to this stipulation is expressly conditioned upon defense counsel making available associate counsel to proceed in his absence. Government counsel is about to begin maternity leave, and wishes to resolve this matter so as to avoid passing it on to one and burdening one of her colleagues unnecessarily with a sentencing that she feels is her responsibility. However, with the associate counsel available, and counsel engaged in trial in a court hundreds of miles from Oakland on the date presently set, it appears that the interests of justice and the need to finally resolve this matter will both be served by continuing sentencing to the agreed upon date of June 30, 2010 at 10:00 a.m.

It is so stipulated.

Dated: June 18, 2010

_____/s/_____
CHRISTINE WONG

Attorney for Plaintiff United States of America

Dated: June 18, 2010

_____/s/_____
HAROLD ROSENTHAL

Attorney for Defendant DAVID JEFFREY

FOR GOOD CAUSE SHOWN it is hereby ordered that the sentencing hearing presently set for June 22, 2010 at 10:00 a.m. is continued until June 30, 2010 at 10:00 a.m.  If defense counsel Rosenthal is unavailable on that date sentencing will go forward with associate counsel.

Dated: 6/21/10                              _____
                                            THE HON. SAUNDRA BROWN ARMSTRONG
                                            Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER
CONTINUING CHANGE OF PLEA AND                         3
SENTENCING