UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 09-00236 SBA |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| DAVID JEFFREY ) | |
| ) | |
| Defendant. ) | |
| ) | |

On December 2, 2011, the Court entered a Preliminary Order of Forfeiture, forfeiting the following property:

Dell XPS 410 computer, serial number 9G71GD1

pursuant to Title 18, United States Code, Section 2253 (a)(1) and (3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that all petitions have been adjudicated.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 2253 (a)(1) and (3).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 3-13-12

SAUNDRA B. ARMSTRONG
United States District Judge